UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

FANNY MORA,

    Plaintiff,

v.

K KAI SALON, LLC et al.,

    Defendants.

_____/

**DEFENDANT K KAI SALON'S NOTICE OF REMOVAL**

Defendant K KAI SALON, LLC ("K KAI SALON") hereby, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully files this Notice of Removal giving notice that it is removing this action to the United States District Court for the Southern District of Florida. In support of this Notice of Removal, Defendants state as follows:

1.    On or about May 3, 2018, Plaintiff, Fanny Mora, filed this civil action against Defendants K KAI SALON, SUSANNA BUHLER, LE SISTERS, LLC, TRINH T LE, and DUYEN T LE (collectively, "Defendants") in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No: 2018-013301-CA-01 ("the State Court Action").

2.    The Complaint alleges that Defendants violated the Fair Labor Standards Act ("FLSA"). This action is within the original federal question jurisdiction of this Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted claims under federal law based on the FLSA.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which K KAI SALON received notice of the State Court Action. K KAI SALON was served with the summons and complaint on August 28, 2018.

4. The United States District Court for the Southern District of Florida, Miami Division, embraces the location in which the original action was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1446(a).

5. A true and correct copy of all process, pleadings, and orders served upon Defendant in the State Court Action is attached hereto as **Composite Exhibit A**, as required by 28 U.S.C. § 1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal has been given to Plaintiff and a copy of this Notice of Removal has been filed with the Clerk of the 11th Judicial Circuit in and for Miami-Dade County, Florida. A copy of K KAI SALON'S Notice of Filing Notice of Removal is attached hereto as **Exhibit B**. The required filing fee and an executed civil cover sheet accompany this Notice of Removal.

7. Defendant's counsel conferred with counsel for Defendants LE SISTERS, LLC, TRINH T LE, and DUYEN T LE, Angelica Gentile, Esq., regarding this Notice of Removal. Ms. Gentile expressed that these defendants will provide their position regarding consent to this Notice of Removal next week.

Dated this 27th day of September, 2018.       Respectfully submitted,

                                              BY: /s/*Miguel A. Morel*
                                              Jonathan A. Beckerman
                                              Florida Bar No. 568252
                                              E-mail:  jbeckerman@littler.com
                                              Secondary: dperez@littler.com
                                              Miguel A. Morel, Esq.
                                              Florida Bar No. 89163
                                              E-mail: mamorel@littler.com
                                              Secondary:dperez@littler.com
                                              LITTLER MENDELSON, P.C.
                                              Wells Fargo Center
                                              333 SE 2nd Avenue, Suite 2700
                                              Miami, FL 33131
                                              Telephone: (305) 400-7500
                                              Facsimile:   (305) 603-2552

                                              *Attorneys for Defendant*
                                              K KAI SALON LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of September 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              BY:  /s/ *Miguel A. Morel*
                                                   Miguel A. Morel, Esq.

## SERVICE LIST

3

| | |
|---|---|
| **COUNSEL FOR PLAINTIFF:**<br><br>Brody M. Shulman, Esq.<br>Florida Bar No.: 92044<br>E-mail: bshulman@rgpattorneys.com<br>Jason S. Remer, Esq.<br>Florida Bar No.: 165580<br>E-mail: jremer@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005 | **COUNSEL FOR DEFENDANT<br>K KAI SALON:**<br><br>Jonathan A. Beckerman, Esq.<br>Florida Bar No.: 0568252<br>E-mail: jabeckerman@littler.com<br>Miguel A. Morel, Esq.<br>Florida Bar No.: 89163<br>E-mail: mamorel@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552 |

**COUNSEL FOR DEFENDANTS
LE SISTERS, LLC, TRINH T LE, and
DUYEN T LE:**

Angelica M. Gentile, Esq.
Florida Bar No.: 102630
E-mail: agentile@shamisgentile.com
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue
Suite 400
Miami, Florida 33132
Telephone: (305) 479-2299
Facsimile: (786) 623-0915

FIRMWIDE:157669182.1 098311.1002